**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ROBERT SCHLEEF,

        Plaintiff,

vs.                                                  Case No. 3:11-cv-650-J-32JBT

SAILING VESSEL "CLUELESS",
et al.,

        Defendants.

## ORDER

Upon review of the pending Motion (Doc. 36) and the Report and Recommendation (Doc. 38), to which no objections have been filed, it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 38) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Final Default Judgment against Vessel Clueless and for Permission to Credit Bid (Doc. 36) is **GRANTED in part** and **DENIED in part** as follows:

    a. Plaintiff's claim to Clueless is declared a preferred maritime lien which is prior and superior to the claims of Clueless' owner or of anyone else to Clueless.

    b. Final default judgment is entered against Clueless in the amount of $6,689.37.

    c. Plaintiff is allowed to bid his judgment at the public sale of Clueless, and Plaintiff is not required to pay any cash or other payment unless and until his sucessful bid

exceeds the total of his judgment against Clueless.

      3.   No later than **July 23, 2012**, plaintiff shall file either a notice of dismissal as to defendant, Michael A. Meyer or some other filing which explains his intentions as to that defendant.

      4.   No later than **July 23, 2012**, plaintiff shall also file a motion to schedule the sale of Clueless or otherwise advise the Court of status.

      **DONE AND ORDERED** at Jacksonville, Florida this 3rd day of July, 2012.

_____
TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Joel B. Toomey
United States Magistrate Judge

counsel of record